UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Muna Moaw,

    Plaintiff,

    v.

Director, U.S. Citizenship and
Immigration Services, *et al.*,

    Defendants.

Case No. 2:23-cv-631

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

The parties jointly move to stay the case. ECF No. 8. The parties represent that they are in the process of completing the procedures necessary for Defendants to consider and adjudicate Plaintiff's Form I-730. *Id.* The parties further represent that adjudication of Plaintiff's Form I-730 would satisfy Plaintiff's claims and moot the case. *Id.*

The joint motion is **GRANTED**; the case is **STAYED** pending the processing and adjudication of Plaintiff's Form I-730. The parties are **ORDERED** to file a joint report detailing the status of this case **by June 9, 2023**, and **EVERY FORTY-FIVE DAYS THEREAFTER**, unless and until the parties file an appropriate dismissal entry.

The Clerk shall terminate ECF No. 8 and designate this case as stayed.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**